**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **JILLIAN RUSSELL HAUSER, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br>**v.**<br><br>**CITIZENS FINANCIAL GROUP, INC. and CITIZENS BANK, N.A.**<br><br>**Defendant.** | **Case No.: 26-cv-00233**<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ii), Plaintiff Jillian Russell Hauser hereby files this voluntary dismissal of her claims against Defendants, Citizens Financial Group, Inc. and Citizens Bank, N.A., without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: May 18, 2026

Respectfully submitted,

*/s/Peter N. Wasylyk*
Peter N. Wasylyk
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
401-831-7730
Fax: 401-861-6064
Email: pnwlaw@aol.com

*Counsel for Plaintiffs and the Proposed Class*